SPAKE *v.* TOWN OF TEMPLE.

HILL, J. Under the pleadings and the evidence the verdict for the defendant was demanded; and this is true without regard to any alleged errors in the charges excepted to, or the refusal of certain requests to charge.

*Judgment affirmed. All the Justices concur.*
No. 1711. MAY 14, 1920.

Equitable petition. Before Judge Terrell. Carroll superior court. October 4, 1919.

*S. Holderness,* for plaintiff.

*Boykin & Boykin* and *Leon Hood,* for defendant.